ACCEPTED
14-15-00621-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 8:59:55 PM
CHRISTOPHER PRINE
CLERK

## No.  14-15-00621-CR

In the Court of Appeals for the
Fourteenth District of Texas at Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 8:59:55 PM
~~CHRISTOPHER A. PRINE~~
Clerk

◆

## No. 1431265

In the 176th District Court of
Harris County, Texas

◆

## COLTON WEAVER LINDAMAN
*Appellant*
v.

## THE STATE OF TEXAS
*Appellee*

◆

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

◆

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW APPELLANT, in accordance with Rules 2, 10.5(b)(1), and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file his appellate brief in this cause, and, in support thereof, presents the following:

1. On June 10, 2015, appellant was convicted in the 176th District Court of Harris County, Texas of the felony offense of Driving While Intoxicated with Child Passenger in cause number 1431265, *The State of Texas v. Colton Weaver Lindaman*. He was sentenced to 2 years confinement in the Texas Department of Criminal Justice – State Jail Division, probated for 5 years, and assessed a fine of $500.

2. Appellant filed a timely and written notice of appeal on July 10, 2015.

3. The reporter's record and the clerk's record were both filed on August 11, 2015. Appellant's brief was initially due on September 10, 2015. Appellant requested, and this Court granted an extension of time until November 9, 2015 in which to file his brief.

4. Appellant respectfully requests a final extension of time of thirty (30) days until December 9, 2015 in which to file his brief.

5. The additional facts relied upon to explain the need for this extension are as follows:

> Undersigned counsel has reviewed the record, identified and researched the issues in this case, but due to being in a two-day jury trial in Harris County Criminal Court at Law No. 10 on November 5 and 6, 2015 and having to move offices, additional time is needed to prepare and file his brief.

WHEREFORE PREMISES CONSIDERED, appellant prays that this Court will grant an extension of time until December 9, 2015, in which to file his appellate brief in this case.

Respectfully Submitted,

/s/ T. Brent Mayr
T. Brent Mayr
SBN 24037052
Law Office of Brent Mayr, P.C.
5300 Memorial Dr., Suite 750
Houston, TX  77007
713.808.9613
713.808.9991 FAX
bmayr@bmayrlaw.com

ATTORNEY FOR
COLTON WEAVER LINDAMAN

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion has been served on the attorney for the State, Alan Curry, pursuant to Texas Rule of Appellate Procedure 9.5 (b)(1), through Appellant's counsel's electronic filing manager on November 9, 2015.

/s/ T. Brent Mayr
ATTORNEY FOR
COLTON WEAVER LINDAMAN